# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-126 LJO |
| Plaintiff, | ORDER DENYING STIPULATED REQUEST TOCONTINUE TRIAL |
| vs. | |
| SHANE PAUL YOUNG, | |
| Defendant. | |

The Court has reviewed the parties' stipulation to continue this matter from December 17, 2015 at 8:30 a.m., until May 24, 2016 at 8:30 a.m. Doc. 49. The continuance is requested because "counsel for Mr. Young would like more time to consult with him about resolving the case. The defendant's sentence may be increased by as much as 13 years if he is convicted as charged." *Id*. The stipulation further indicates that "a trial during the holiday season may well be a burden to prospective jurors." *Id*.

None of these reasons constitutes good cause for a continuance. Accordingly, the request is DENIED.

IT IS SO ORDERED.

Dated:  **November 13, 2015**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

-1-