UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



FILED
JAN 22 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:13-cr-00126-DAD-SKO

**CASE NAME:** UNITED STATES vs SHANE PAUL YOUNG

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the Government. The Government shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

The Government's counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: **January 22, 2016**

_____
DISTRICT JUDGE

**DATE EXHIBITS RETURNED:** January 22, 2016

**Govt Attorneys:** Mark McKeon and Jeffrey Spivak

**Govt Attorney Signatures:** _____

This document certifies that the above referenced exhibits were returned.

Date: January 22, 2016

_____
RENEE GAUMNITZ
**Courtroom Clerk**