UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-CR-00126-DAD-SKO |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| SHANE PAUL YOUNG, | |
| Defendant. | |

Based upon the guilty verdict entered by the jury against defendant Shane Paul Young and the accompanying Application for Preliminary Order of Forfeiture and Publication Thereof by the United States, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253(a), defendant Shane Paul Young's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. One Apple Mac mini desktop computer, Model A1283, serial number YM9090CY19X;

   b. One Iomega external hard drive, Model 31735000, serial number 64A91916AA;

   c. One Apple iPod Touch, Model A1288, serial number 1A9186MK203; and

   d. Numerous digital video discs containing images of child pornography.

1         2.      The above-listed assets constitute property which contain visual depictions
2  mailed, shipped, or transported in violation of 18 U.S.C. § 2252(a)(4)(B), or was used or
3  intended to be used to commit and to promote the commission of the aforementioned violation,
4  all in violation of 18 U.S.C. § 2253.
5         3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be
6  authorized to seize the above-listed property.  The aforementioned property shall be seized and
7  held by the United States Department of Homeland Security, Customs and Border Protection in
8  its secure custody and control.
9         4.      a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local
10 Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order
11 and notice of the Attorney General's (or a designee's) intent to dispose of the property in such
12 manner as the Attorney General may direct shall be posted for at least 30 consecutive days on
13 the official internet government forfeiture site www.forfeiture.gov.  The United States may also,
14 to the extent practicable, provide direct written notice to any person known to have alleged an
15 interest in the property that is the subject of the order of forfeiture as a substitute for published
16 notice as to those persons so notified.
17                b. This notice shall state that any person, other than the defendant, asserting a
18 legal interest in the above-listed property, must file a petition with the Court within sixty (60)
19 days from the first day of publication of the Notice of Forfeiture posted on the official
20 government forfeiture site, or within thirty (30) days from receipt of direct written notice,
21 whichever is earlier.
22        5.      If a petition is timely filed, upon adjudication of all third-party interests, if any,
23 this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all
24 interests will be addressed.
25 ///
26 ///
27 ///
28 ///

6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: __**February 23, 2016**__               _/s/ Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE