PHILLIP A. TALBERT
Acting United States Attorney
MARK J. McKEON
PATRICK R. DELAHUNTY
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-CR-00126-DAD-SKO |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| SHANE PAUL YOUNG, | |
| Defendant. | |

WHEREAS, on February 23, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Shane Paul Young in the following property:

    a. One Apple Mac mini desktop computer, Model A1283, serial number YM9090CY19X;

    b. One Iomega external hard drive, Model 31735000, serial number 64A91916AA;

    c. One Apple iPod Touch, Model A1288, serial number 1A9186MK203; and

    d. Numerous disks and videotapes containing images of child pornography.

AND WHEREAS, beginning on March 5, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties

of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Shane Paul Young.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **May 31, 2016**                         _Dale A. Drozd_
                                                  UNITED STATES DISTRICT JUDGE