Barbara Hope O'Neill  #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0556
Email:  tajfalaw@yahoo.com
Attorney for Shane Paul Young

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No: 1:13-cr-00126-DAD-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| SHANE PAUL YOUNG, | DATE: JUNE 13, 2016<br>TIME: 10 a.m. |
| Defendant. | Hon. Dale A. Drozd |

Barbara Hope O'Neill the attorney of record for the restitution hearing for Shane Paul Young and Mark McKeon, Assistant United States Attorney, have agreed to continue this matter from June 13, 2016 at 10 a. m. to July 5, 2016 at 10 a. m.

The continuance is requested as counsel for Mr. Young would like more time to research the restitution issue. Counsel also has a court appearance in another county.

Dated: June 7, 2016                    Respectfully submitted,

/s/Barbara Hope O'Neill
Barbara Hope O'Neill
Attorney for Shane Young

Dated: June 7, 2016                    /s/ Mark McKeon
Mark McKeon
Assistant U.S. Attorney

1

## **ORDER**

Upon stipulation of the parties and good cause appearing therefore:

The restitution hearing as to Shane Paul Young presently set for June 13, 2016, is continued to July 5, 2016, at 10 a.m. before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **June 7, 2016**

_____
UNITED STATES DISTRICT JUDGE